# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# AT ERIE

| | |
|---|---|
| RAYMOND HARRIS, ) | |
| ) | |
| *Petitioner*, ) | Civil Action No. 16-cv-61 Erie |
| ) | |
| v. ) | |
| ) | ORDER |
| MONICA RECKENWALD, ) | |
| ) | |
| *Respondent*. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED** due to Plaintiff's failure to exhaust administrative remedies.

(3) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 8th day of December, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE